67-1 Flushing District Court C20A2143 LT
1415 Flushing Rd
Flushing, MI 48433


American Honda Finance Corp
PO Box 997518
Sacramento, CA 95899


American Infosource
PO BOX 248848
Oklahoma City, OK 73124


Bernhardt Christenson
302 E Court Street
Flint, MI 48502


Capital One
PO Box 60599
City of Industry, CA 91716


CBCS
PO BOX 163333
Columbus, OH 43216-3333


City of Flint, Water/Sewer
PO BOX 1950
Flint, MI 48501


Consumers Energy
3201 E Court St
Room 84
Flint, MI 48506


Credit Acceptance
PO Box 5070
Southfield, MI 48086


Credit One Bank
Po Box 60500
City of Industry, CA 91716


Dept of Education/Navient
PO BOX 9635
Wilkes Barre, PA 18773

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145


Glendale Realty
4020 Hammerberg Rd
Flint, MI 48507


Glendell Realty
4020 Hammerberg Rd
Flint, MI 48507


Jefferson Capital System
16 Mcleland Rd
Saint Cloud, MN 56303


jeremy piper
601 S. Saginaw St
STE 202
Flint, MI 48502


Merchants & Medical Credit
6324 Taylor Dr
Flint, MI 48507


Money Recovery Nationwide
8155 Executive Court
STE 10
Lansing, MI 48917


Navy Federal
PO BOX 3000
Merrifield, VA 22119


Pinnacle Credit Services
PO BOX 640
Hopkins, MN 55343


Southgate Townhomes
3446 Southgate drive
Flint, MI 48507


Synchrony Bank
PO BOX 965033
Orlando, FL 32896-5033

THomas Collision


USAA Savings Bank
PO BOX 33009
San Antonio, TX 78265-3009

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

### COVER SHEET FOR AMENDMENTS

**Case Name:** Porshia V Montgomery        **Case No.:** 20-31594

## DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

☐ **Amendment to Petition:**
    ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)

☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**

☐ **Statement of Financial Affairs**

☑ **Schedules and List of Creditors:**
    ☐ Schedule A/B
    ☐ Schedule C    ☐ Debtor 2 Schedule C
    ☑ List of Creditors ☐ Schedule D ☑ Schedule E/F and
        ☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31 Fee Required**, or
        ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
    ☐ Schedule G
    ☐ Schedule H
    ☐ Schedule I
    ☐ Schedule J
    ☐ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached.** |
| **Date**<br>September 23, 2020 | **Signature**<br>/s/ Anthony Abueita |
| ➡ | **AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief.** |
| **Date**<br>September 23, 2020 | **Signature**<br>/s/ Porshia V Montgomery |

1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**           **PLEASE CHANGE TO:**

_____       _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**           **PLEASE CHANGE TO:**

_____       _____

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**     **City of Flint, Water/Sewer**
**PO BOX 1950**
**Flint, MI 48501**

**ADDRESS:**       _____

**NAME OF CREDITOR:**     **Consumers Energy**
**3201 E Court St**
**Room 84**
**Flint, MI 48506**

**ADDRESS:**       _____

**NAME OF CREDITOR:**       _____

**ADDRESS:**       _____

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy